COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-287-CR

KNYVETT REYES APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM CRIMINAL
 
DISTRICT COURT NO. 1 OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant's Motion To Withdraw Notice Of Appeal And Dismiss Appeal” and “State’s Motion To Withdraw State’s Notice of Cross-Appeal And Dismiss State’s Cross-Appeal.”  These motions comply with rule 42.2(a) of the rules of appellate procedure. 
 Tex. R.
 
App
. P. 42.2(a).  No decision of this court having been delivered before we received these motions, we grant the motions and dismiss the appeal. 
 See id.;
 
Tex. R. App. P.
 43.2(f).

It is ordered that the State shall pay all costs of this appeal, for which let execution issue.  
See
 Tex. Code Crim. Proc. 
Ann. art. 
44.01(f) (Vernon Supp. 2004).

.

PER CURIAM

PANEL D: HOLMAN, GARDNER, and WALKER, JJ.

DO NOT PUBLISH

Tex. R. App. P. 
47.2(b)

DELIVERED: March 18, 2004

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.